1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00876- EJD |
|---|---|---|
| Plaintiff, | ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) ) | |
| SERGIO CASPER CONTRERAS, | ) ) | |
| Defendant. | ) ) | |

Defendant, Sergio Casper Contreras and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for April 2, 2012 at 1:30 p.m., to April 23, 2012, at 1:30 p.m. The parties continue to engage in investigation which is necessary to further the discussions regarding settlement of the matter. In addition, defense counsel represents that he will not be available on April 2, 2012, because of other administrative commitments.

The parties further agree and stipulate that time should be excluded from and including April 2, 2012, through and including April 23, 2012, to provide counsel reasonable time to prepare and continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and

defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: March 29, 2012

_____/s/_____
MANUEL ARAUJO
Assistant Federal Public Defender

Dated: March 29, 2012

_____/s/_____
EUMI CHOI
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the status conference hearing in the above-captioned matter is continued from April 2, 2012 at 1:30 p.m., to April 23, 2012, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between April 2, 2012, through and including April 23, 2012, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It Is Further Found that the ends of justice served by excluding the time between April 2, 2012 and April 23, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial. Therefore, the period of delay from April 2, 2012, through and including April 23, 2012, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: March __30__, 2012

_____
HONORABLE EDWARD J. DAVILA
United States District Judge