IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00876 EJD |
| Plaintiff, | ) ) | |
| vs. | ) ) | [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| SERGIO CONTRERAS, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the hearing currently set for Monday, August 27, 2012, shall be continued to Monday, September 24, 2012, at 1:30 p.m.

Dated: August _8_, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge