GEOFFREY A. HANSEN,
Acting Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR -11-00876-EJD |
| ) | |
| Plaintiff, ) | **APPLICATION AND [PROPOSED]** |
| ) | **ORDER TO FILE STIPULATION TO** |
| v. ) | **CONTINUE SENTENCING HEARING** |
| ) | **TO OCTOBER 29, 2012; [PROPOSED]** |
| SERGIO CASPER CONTRERAS, ) | **ORDER <u>UNDER SEAL</u>** |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, Sergio Casper Contreras by and through counsel, respectfully requests leave to file the Stipulation to Continue the Sentencing Hearing to October 29, 2012; [Proposed] Order **<u>Under Seal</u>**.

This request is made due to the confidential information contained in the stipulation to continue the sentencing hearing.

GEOFFREY A. HANSEN
Acting Federal Public Defender

/S/

MANUEL U. ARAUJO
Assistant Federal Public Defender

APPLICATION AND [PROPOSED] ORDER TO
FILE STIPULATION TO CONTINUE
SENTENCING HEARING TO OCTOBER 29,
2012; [PROPOSED] ORDER <u>UNDER SEAL</u>
No. CR 11-00876 - EJD  1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR -11-00876-EJD |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND [PROPOSED]** |
| | ) | **ORDER TO FILE STIPULATION TO** |
| v. | ) | **CONTINUE SENTENCING HEARING** |
| | ) | **TO OCTOBER 29, 2012; [PROPOSED]** |
| SERGIO CASPER CONTRERAS, | ) | **ORDER UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

ORDER

GOOD CAUSE APPEARING, upon the request of defendant Sergio Casper Contreras, it is hereby ordered that the Stipulation to Continue the Sentencing Hearing to October 29, 2012; [Proposed] Order be filed **Under Seal**.

IT IS SO ORDERED.

Dated: September 19, 2012

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

APPLICATION AND [PROPOSED] ORDER TO
FILE STIPULATION TO CONTINUE
SENTENCING HEARING TO OCTOBER 29,
2012; [PROPOSED] ORDER UNDER SEAL
No. CR 11-00876 - EJD          2